AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Eduardo Terminel, Jr. | ) Case No. CR-21-880-TUC-JAS(LCK) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Luis Eduardo Terminel, Jr.          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18:371 Conspiracy
18:554 Smuggling goods from the United States
18:922(a)(6), 924(a)(2) and 2 False statements in connection with acquisition of firearm and aiding and abetting

ISSUED ON 1:12 pm, Apr 29, 2021
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state:   Tucson, Arizona                              K. Hughes, Deputy Clerk
                                                               *Printed name and title*

(cc: AUSA, USMS, PTS)

### Return

| This warrant was received on *(date)* 05/03/21 , and the person was arrested on *(date)* 05/04/21 |
|---|
| at *(city and state)* Tucson, AZ |

Date: 05/04/21

Subject arrested by USMS
and initialed on 05/05/21
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*